FILED
APR 8 - 2022
9:00 Am
LESLIE MASON
CIRCUIT CLERK

# EXHIBIT A

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
CHICKASAWBA DISTRICT
CIVIL DIVISION

ROD WARREN, ERIC BOOKER,
BRYANT WELLS, DION FOSTER, and
JOHN MANZ PLAINTIFFS

(TA)

VS. 47BCV-22-82

NUCOR CORPORATION, BRAD CAMPBELL,
JAY HENDERSON, DAVE REINHART
GREG STARNES, KELLIE CRAIN, CHRIS BOOKER,
LOU INCROCCI, KEITH WILLIAMS, and
TROY BROOKS DEFENDANTS

## COMPLAINT

COMES NOW Plaintiffs Rod Warren, Eric Booker, Bryant Wells, Dion Foster, and John Manz by and through their attorney, Jake Holmes, and pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C.A. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166 ("Title VII")), the Arkansas Civil Rights Act of 1993, codified at Ark. Code Ann. §§ 16-123-101, *et seq.*, and the Constitution of the State of Arkansas and Plaintiffs now seek damages in order to redress the injuries that the Plaintiffs have suffered as a result of being subject to racially hostile work conditions, racial harassment and discrimination, workplace retaliation, and emotional and physical distress intentionally inflicted by Defendants the Nucor Steel Corporation, Brad Campbell, Kellie Crain, Chris Booker, Dave Reinhart, Jay Henderson, Greg Starnes,

Lou Incrocci, Keith Williams, and Jay Henderson, all in their official and individual capacities.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is proper under the Arkansas Rules of Civil Procedure and under the Constitution of Arkansas as all of the defendants have maintained substantial contacts with this state during the course of the events representing this complaint.

2. Venue lies proper in this court as all of the events constituting this matter occurred in Mississippi County, Arkansas within the Chickasawba District.

3. Plaintiff Rod Warren filed charges of discrimination upon which this Complaint is based with the Equal Employment Opportunities Commission (EEOC).

## PROCEDURAL PREREQUISITES

4. Plaintiff Warren received a Notice of Right to Sue from the EEOC, dated January 10, 2022 with respect to the herein charges of discrimination. A copy of the Notice is annexed hereto as *Exhibit A*.

5. This Action is being commenced within 90 days of receipt of said Right to Sue.

6. As long as one Plaintiff has filed a timely suit, then all other claims "arising out of similar discriminatory treatment *in the same time frame* need not have

satisfied the filing requirement." *Kelley v. Harvest Foods, Inc.*, 780 F. Supp. 605, 606–07 (E.D. Ark. 1992).

**PARTIES**

7. At all times relevant hereto, Plaintiffs Rod Warren, Eric Booker, Bryant Wells, Dion Foster, and John Manz maintained constant contacts with the State of Arkansas. Plaintiffs Warren, and Booker did so through their consistent employment at Nucor Steel in Mississippi County, Arkansas. Plaintiffs Wells and Manz maintained consistent employment in addition to being residents of the State of Arkansas.

8. Defendant Nucor Corporation (hereinafter "Nucor") is a foreign for-profit corporation, organized under the law of the State of Delaware, and at all times relevant to this complaint either employed or currently employs all plaintiffs and all named defendants. Their registered agent may be served at:

C.T. CORPORATION SYSTEM
124 WEST CAPITOL AVENUE, SUITE 1900
LITTLE ROCK, AR 72201

9. Defendant JAY HENDERSON, at all times relevant to the events alleged herein, was a General Manager with the Nucor Steel Corporation.

10. Defendant DAVE REINHART, at all times relevant to the events alleged herein, was a Controller with the Nucor Steel Corporation. Reinhart

contributed to and was instrumental in perpetuating the hostile environment and discrimination alleged by Plaintiffs.

11. Defendant GREG STARNES, at all times relevant to the events alleged herein, was an employee at Nucor Steel who contributed to the hostile environment and discrimination alleged by Plaintiffs.

12. Defendant KELLIE CRAIN, at all times relevant hereto, was in charge of Human Resources Department at Nucor and was instrumental perpetuating the hostile environment and discrimination alleged by Plaintiffs.

13. Defendant CHRIS BOOKER at all times relevant to the events alleged herein, was an employee at Nucor Steel with supervisory authority over Plaintiffs, and contributed and perpetuated the hostile environment and discrimination alleged by Plaintiffs.

14. Defendant TROY BROOKS at all times relevant to the events alleged herein, was an employee at Nucor Steel with supervisory authority over Plaintiffs, and contributed and perpetuated the hostile environment and discrimination alleged by Plaintiffs.

15. Defendant LOU INCROCCI at all times relevant to the events alleged herein, was an employee at Nucor Steel with supervisory authority over Plaintiffs, and contributed and perpetuated the hostile environment and discrimination alleged by Plaintiffs.

16. Defendant KEITH WILLIAMS at all times relevant to the events alleged herein, was an employee at Nucor Steel with supervisory authority over Plaintiffs, and contributed and perpetuated the hostile environment and discrimination alleged by Plaintiffs.

**MATERIAL FACTS**

*Plaintiff Rod Warren*

17. On or about November 7, 1994, Rod Warren began working for Defendant Nucor Corporation.

18. At all times relevant to this action, Warren was an exemplary employee as evidenced by his annual reviews, attached as *Exhibit B.*

19. Rod Warren was terminated after twenty-eight years of employment in February 2022.

20. Over the course of his twenty-eight years, Warren was subjected to a racially hostile work environment that was intentionally perpetuated by white employees with managerial and supervisory authority. White employees who were a party to this discrimination would regularly receive promotions and other beneficial employment decision.

21. This hostile environment included harassment and discrimination in the form of racial slurs, racially motivated humor at the expense of black employees, racially motivated hiring decisions and promotion decisions, the intentional

disruption of black influence amongst employees, and selective enforcement of policies depending on race.

22. This environment was deliberately established by Nucor Steel employees with supervisory and managerial authority, all of whom are white. These same individuals perpetuated this racially hostile culture over the course of decades with Defendant Nucor Steel, at-best, being deliberately indifferent to the racial animus.

23. Twenty years ago, the General Manager of the Nucor Plant in Armorel, Arkansas was Defendant Jay Henderson. In thc presence of Plaintiff Warren, former black employcc Lavell Rucker told Defendant Jay Henderson that he had recently purchased a home by Defendant's residence. Defendant Henderson immediately replied "well there goes the neighborhood." This conversation was heard by Plaintiff Warren and Defendant Kellie Crain.

24. Defendant Jay Henderson was instrumental to establishing the current racist environment at Nucor and in taking the necessary steps to perpetuate this culture over the years.

25. During the course of Plaintiff Warren's twenty-eight years, the shipping department once went a span of ten years without a single black hire.

26. Generally, Warren observed a cyclical practice as it relates to black employees. The turn-over rate of black employees has always been exponentially

higher than their counterparts. For the black employees that remained at Nucor, the white employees possessing supervisory and managerial powers would curtail their influence through the constant re-organization of crews and rescheduling of shifts.

27. Warren's two brothers, Shaun Hunter and Clarence Lyde, are both former Nucor employees. Each brother personally witnessed the deliberately maintained, racially hostile culture.

28. Shaun Hunter had a white Nucor Employee comment on his Facebook page:

> None of that is true! We wear them to keep the ashes off us when burning our crosses. We then drop them off at the Chinese dry cleaners. He thinks they are karate uniforms.

Facebook post attached as *Exhibit C*. Warren's other brother held a supervisor position but voluntarily decided to leave the company because he could no longer tolerate the racist culture that was embraced at the plant.

29. Warren has witnessed numerous white employees intentionally engage in discrimination against black co-workers and immediately be rewarded with promotions.

30. Defendant Chris Booker was under investigation for racial discrimination against Plaintiff Eric Booker. Chris Booker was never suspended and ultimately received a promotion.

31. Defendant Greg Starnes was awarded a promotion immediately after his fabricated story, described in detail later in this complaint, ultimately led to the termination of Plaintiff Warren.

32. Defendant Lou Incrocci was awarded a plant manager position after the events constituting this complaint.

33. This culture, hostile environment, and discriminatory practice is still in place at Nucor to this day.

34. The animus toward Warren was, in part, due to white management's perception that he was influential among co-workers and that he would voice his opinion regarding racially motivated practices and general inequities that were occurring at the plant.

35. The extent of this animus would reach white co-workers who were friendly with, or otherwise associate with Warren. White employee Scott Fondren was specifically told by management to "stay away from Rod Warren."

36. In 2018, Warren voiced his concern over the lack of new black hires to Mary Emily Slate, the general manager at that point in time. Warren noticed an appreciable uptick in overt discrimination directed towards him after this conversation.

37. In July 2021, Rod Warren was called to an HR meeting where separate Defendants Kellie Crain, Keith Williams, and Dave Reinhart were present. Warren,

a black man, was accused of saying "nigger" (hereinafter "n-word") to Co-Plaintiff Dion Foster, who is also black. The accusing parties were all white.

38. Warren, taken back by the absurdity of the situation, was loudly and aggressively lambasted by Defendant Dave Reinhart, who stood and point his finger at Warren – then yelling "you better take this serious!" Naturally, this perturbed Warren.

39. Warren was suspended while Nucor conducted an investigation.

40. Plaintiff Foster immediately told Warren that he never went to Human Resources. Foster averred that Defendant Greg Starnes was responsible for this incident.

41. Foster and Warren had a conversation about the history of the word Negro. Foster told this story to Starnes at a social outing, with the intent of relaying an interesting work conversation. Starnes immediately replied that he hated Rod Warren. *See Exhibit D.* Starnes then reported this to HR but altered the story to make it seem that Rod Warren was calling Dion Foster the n-word.

42. In his own HR meeting, Foster denied all of this and made it clear to Kellie Crain, Dave Reinhart, and Greg Starnes that he liked Rod Warren and that these events were untrue.

43. Foster avers that he felt as if Defendant Reinhart was attempting to coerce Foster into stating that Greg Starnes' version of the events were true. Foster did not waiver and stood by his recollection of the facts.

44. In the investigation, Nucor's HR Department – led by Kellie Crain – only spoke to Greg Starnes and other employees not familiar with Rod or Dion. They did not speak to the two additional parties present for the "negro" conversation Wendell Byer and Co-Plaintiff Eric Booker.

45. On July 21, 2021, Warren was ultimately reinstated to his position with the condition of completing anger management courses. Warren not only complied, but took the initiative to complete the courses ahead of the tentative schedule.

46. A letter titled "Notice of Consultation" with Nucor's letterhead and accompanying cover letter by Defendant Lou Incrocci are attached as *Exhibit E.* This exhibit demonstrates several key facts: (1) Defendant Lou Incrocci carried ultimate authority and final decision-making power; (2) the dates of Rod Warren's prior infractions, the earliest in time being 2012; (3) the absence of Rod's supervisor Neal Redman; and (4) a narrative from those present at Rod Warren's HR meeting which strongly indicates that aggressive and violent traits were being imported to Rod Warren for no other reason besides Rod being a black male.[1]

[1] J.P. Wilson, *Racial Bias in Judgments of Physical Size and Formidability: From Size to Threat,* A.P.A. JOURNAL OF PERSONALITY AND SOCIAL PSYCHOLOGY, 2017, Vol. 113, No. 1, 59–80.

47. Warren was eventually terminated in February 2022. The "last chance" infraction was for his alleged lack of work ethic. The offered reason of work ethic is in direct conflict with Warren's employee reviews.

## COMMON QUESTIONS OF LAW AND FACT BETWEEN PLAINTIFF ROD WARREN AND ADDITIONAL PLAINTIFFS.

*Plaintiff Eric Booker*

*48.* Plaintiff Eric Booker has filed two claims with the EEOC. The claim relevant to this cause of action involves separate Defendant Brad Campbell – Plaintiff Booker's direct supervisor and an employee of fifteen years.

*49.* Upon seeing Eric Booker, John Manz, and Eric Villeges standing by the bay door, Campbell singled Booker out for not having his safety ear plugs inserted. Booker asked why he did not say anything to Eric, who also did not have his plugs inserted. Campbell responded that he was just "a slave driver" and began making whip cracking motions behind Plaintiff Booker. Campbell then continued that Booker was "an easy target."

*50.* Defendant Campbell was terminated. Immediately upon termination, other white employees began collection donations for Campbell as they felt his termination was unjustified.

*51.* Likewise, due to forcing Nucor's hand in firing Campbell, Eric Booker faced immediate retaliation in the form of white management finding years-old

infractions and writing Booker up for them. Booker was also written up for being nineteen minutes late, even though his direct supervisor Neal Redman (a black male) advised that it was okay that Booker was running late.

52. Booker never received a copy of this write-up from Nucor.

53. Defendant Kellie Crain provided Eric Booker with notice of this write-up around three hours after Campbell was terminated.

54. Booker's supervisor, Neal Redman (black male), should have been present for this write-up and signed off on it. Neal did not know why Eric was being wrote up.

55. Similarly, when Warren received a write-up, it should have been signed off on by Neal Redman. Another employee signed in Redman's name.

56. Booker's other write ups occurred on April 9, 2021 – lateness. However, Booker's timesheet and pay for that day do not reflect any tardiness by Booker.

57. March 2, 2020 – Booker was reprimanded and docked a grace day for being out with a knee injury despite having another co-worker, coincidentally Rod Warren, voluntarily cover three of scheduled shifts. This "coverage" was common practice and encouraged.

58. Defendant Chris Booker was Eric Booker's direct supervisor at the time of this infraction. He advised Eric that he should have gone through HR for all

medical leave requests – departing from the custom and norm of getting your own "coverage."

*59.* Eric Booker also had a doctor's note, which HR was in possession of, however he did not get sick pay.

*60.* August 8, 2019 – Booker was less than five minutes late to a safety meeting. His timesheet, however, clearly showed that he was inside of the gate well before his shift began.

*61.* These four instances were deemed "patterned absences." Nucor's own policy provides that any absence over a year old is removed from the employee's record.

*62.* An entirely different set of rules, policy, and procedure was enforced against Eric Booker and was done so in direct retaliation of forcing Nucor's hand in firing Brad Campbell.

*Plaintiff Dion Foster*

63. As described in paragraphs 34 through 38, Dion Foster was the alleged victim of Co-Plaintiff Rod Warren's harassment. After unequivocally establishing that Defendant Greg Starnes fabricated the story involving him and Warren, there was a substantial retaliation against Foster by Defendants.

64. The most egregious act perpetuated against Foster involved his request and eventual denial for a sick day.

65. Dion Foster is diagnosed with moderate to severe depression. Defendant Nucor Steel, Kellie Crain, and all other employees with supervisory authority are tasked with knowledgc of this condition.

66. Foster was in the midst of a particularly severe depressive episode and followed the proper protocol and procedure in order to take off. This request was denied.

67. Foster pled with his supervisors to allow him to use a grace day as he was in no condition to come to work. This was denied.

68. Foster advised that his gcneral state plus his medication made him unfit to operate the crane. This was wholly tossed aside and Foster was forced to operate the crane that shift.

69. Foster's first infraction came because Foster received notice that his house had been broken into. Foster gave Josh Pikey notice and left work in order to rush home.

70. Foster's second infraction came because Foster did not follow the proper procedure getting someone to cover his shift, instead acquiring "his own coverage" as was the common practice.

71. Sammy Sanchez, a Hispanic employee that serves as the current supervisor for Foster and co-Plaintiffs Booker and Manz, said in the presence of Eric

Booker that "Dion is next", the context being immediately after Warren's termination.

*Plaintiff John Manz*

72. Plaintiff John Manz is a Caucasian employee.

73. As stated in paragraph 42, Manz was an eyewitness to the "slave driver" comment made by Defendant Campbell to Plaintiff Booker.

74. Manz has been victim to hostile work conditions and discrimination on the basis of race with said discrimination being derivative of his known associations with black employees. Specifically, Manz friendship with Plaintiff Eric Booker has caused Defendants to single out Manz and subject him to similar conditions and discriminatory practices as his co-plaintiffs.

75. After Booker's first EEOC claim, him and Manz were sarcastically dubbed "the dynamic duo" by Defendant Brad Campbell, supervisor Wes Gillette, and other white managerial employees.

76. On January 9, 2021, Manz was given a written reprimand back-dated to December 30, 2020. Much like Booker and Foster, Manz had acquired "coverage" but allegedly failed to inform supervisors. Defendant Brad Campbell was Manz supervisor at this time.

77. Much like Booker, this seemingly accepted practice of acquiring one's own coverage was used against Manz. The custom is antithetical to the actual Nucor

policy, therefore it is clear that this written policy was selectively enforced against employees who had caught the ire of management.

*78.* On December 30th, Manz acquired coverage because he had been exposed to someone who had tested positive with COVID-19. Manz wanted to be tested himself.

*79.* Twelve hours before his shift began, supervisor Wes Gillette called Manz and lectured him for not telling his supervisor. This is all occurring twelve hours before he is scheduled to clock-in. Stated otherwise, his supervisors had received notice as the written policy mandates.

*80.* Manz was written up nine days later – alleged to have "no called and no showed" and for alleging not telling his supervisor.

*81.* Later, Defendant Brad Campbell told Manz that he would not have been written up had this occurred a few months ago. This write-up came three months after Eric Booker's first EEOC complaint.

*Plaintiff Bryant Wells*

*82.* Plaintiff Bryant Wells is a United States Veteran, has previous experience with the Nucor Yamato Steel division of the Nucor Corporation, and is generally regarded as a reliable, productive employee with high work-ethic and initiative.

83. Wells was offered an interview for a substantial promotion at Nucor's Kentucky plant. The other interviewee was a white male.

84. Once the interview process had wrapped up, the other interviewee told Wells that they had already toured the city, toured a few homes, and had began the process of getting their children enrolled in school.

85. The interviewers on behalf of Defendant Nucor Steel informed Bryant that they had already made their decision by the end of the interview session.

86. It was patently obvious to Wells that he was used by Defendant Nucor in order to show that they are interviewing black employees despite never actually having the intent to hire Wells for one of these managerial spots. Wells was quite noticeably the only black employee at the entire plant.

87. Wells, due to his veteran status and experience, had garnered substantial influence among all of his co-workers, not unlike that of Rod Warren.

88. In January 2022, Bryant Wells posted a Facebook status that was critical of the work ethic of some of his co-workers at Nucor.

89. Wells was suspended and then terminated for this post. Nucor advised that Wells had three prior infractions thus warranting his termination. Much like the other claims in this suit, Wells had acquired coverage from a co-worker so that he may take off for his son's birthday.

*90.* Wells had also received two infractions for one incident. When an E-F2 Tornado devastated the region, Wells was called by his supervisors on his scheduled day off. Said supervisors demanded that Wells appear at work for two consecutive shifts in order to cover other employees that had called out due to the tornado.

*91.* This should have been a continuation of one infraction. Nucor bifurcated this into two separate incidents and wrote up Wells for his second and third infractions.

*92.* Wells had drew the ire of Nucor due to his influence, his capabilities, and his outspokenness regarding the glaring deficiencies and injustices that occur on a regular basis at the Armorel plant.

*93.* All additional plaintiffs have personally experienced some part or parcel of the racially hostile climate which has existed for nearly three decades, intentionally perpetrated by Nucor and its authorized agents, and exactly as described by Rod Warren.

*94.* The selective enforcement of policies manifested itself for Wells with the social media policy. For reference, the Facebook posts attached as *Exhibit F* are illustrative of the sort of conduct permitted by white employees, but not black ones.

*95.* Specifically on the issue of the selective enforcement of the absence/coverage policy, white employees David Webb, Trent Blackshire, Harold

Statler, Brian Roberts, and Anthony Rushing were all either late or absent just within the frame of June and July 2021 without infraction or reprimand.

*96.* As illustrated through the vicious retaliatory efforts directed at Foster, Booker, and Manz – it is quite clear that Nucor made concerted efforts to protect its own insular in-group while aggressively meeting any opposition.

*97.* As illustrated through Warren's and Well's apparent influence and high capabilities as an employee, Nucor deliberately quashed all potential outspoken black leadership.

*98.* Thc infractions and write-ups issued against all Plaintiffs firmly establishes the selective enforcement decisions by those in supervisory power. In particular, Kellie Crain and Lou Incrocci were intimately involved with each adverse employment decision against each Plaintiff.

99. Plaintiffs felt humiliated and intimidated by the illegal harassment of all named Defendants and were upset and humiliated by their blatantly unlawful and retaliatory actions.

100. Defendants' actions and conduct were intentional and intended to harm the Plaintiffs.

101. As a result of Defendants' actions, Plaintiffs are extremely humiliated, victimized, embarrassed, and emotionally distressed.

102. As a result of the Defendants' discriminatory and intolerable treatment of Plaintiffs, Plaintiff have suffered severe emotional distress and physical ailments.

103. As a result of the acts and conduct complained of herein, Plaintiffs have suffered a loss of income, the loss of a salary, bonus, benefits, and other compensation which such employment entails, and Plaintiff has also suffered future pecuniary losses, emotional pain, suffering, inconvenience, loss of enjoyment of life, and other nonpecuniary losses. Plaintiffs have further experienced severe emotional and physical distress.

104. Defendants' conduct has been malicious, willful, outrageous, and conducted with full knowledge of the law. As such, the Plaintiffs demand Punitive Damages against all named Defendants, jointly and severally.

**AS A FIRST CAUSE OF ACTION FOR DISCRIMINATION UNDER TITLE VII**

105. Plaintiff repeats and realleges each and every allegation made in the above paragraphs of this complaint.

106. This claim is authorized and instituted pursuant to the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e et seq., for relief based upon the unlawful employment practices of the above-named Defendant NUCOR STEEL, Plaintiffs complains of Defendants' violation of Title

VII's prohibition against discrimination in employment based, in whole or in part, upon an employee's race.

107. Defendant NUCOR STEEL and its employees, each listed as a defendant in this action, maintained employment practices prohibited by 42 U.S.C.A. §§ 2000e et seq., by discriminating against Plaintiffs because of their race.

**AS A SECOND CAUSE OF ACTION FOR DISCRIMINATION UNDER TITLE VII**

108. Plaintiffs repeat and reallege each and every allegation made in the above paragraphs of this complaint.

109. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. § 2000e-3(a) provides that it shall be unlawful employment practice for an employer:

> (1) to ... discriminate against any of its employees ... because [s]he has opposed any practice made an unlawful employment practice by this subchapter, or because [s]he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this subchapter.

110. Defendants Nucor Steel and its employees as listed herein, engaged in unlawful employment practices prohibited by 42 U.S.C.A. §§ 2000e *et seq.* by discriminating against Plaintiffs with respect to the terms, conditions, or privileges of employment because of his opposition to the unlawful employment practices of Defendants.

## AS A THIRD CAUSE OF ACTION FOR DISCRIMINATION UNDER STATE LAW

111. Plaintiffs repeat, reiterate, and reallege each and every allegation made in the above paragraphs of this Complaint as if more fully set forth herein at length.

112. The Arkansas Civil Rights act provides:

> "(a) The right of an otherwise qualified person to be free from discrimination because of race, religion, national origin, gender, or the presence of any sensory, mental, or physical disability is recognized as and declared to be a civil right. This right shall include, but not be limited to:
> (1) The right to obtain and hold employment without discrimination;"

Ark. Code Ann. § 16-123-107 (West)

113. Defendants engaged in an unlawful discriminatory practice by discriminating against the Plaintiffs because of their race.

## AS A FOURTH CAUSE OF ACTION FOR DISCRIMINATION UNDER STATE LAW

114. Plaintiffs repeat, reiterate, and reallege each and every allegation made in the above paragraphs of this Complaint as if more fully set forth herein at length.

115. The Arkansas Civil Rights Act provides that:

> "(a) RETALIATION. A person shall not discriminate against any individual because the individual in good faith has opposed any act or practice made unlawful by this subchapter or because the individual in good faith made a charge, testified, assisted, or participated in any manner in

> an investigation, proceeding, or hearing under this subchapter.
> (b) INTERFERENCE, COERCION, OR INTIMIDATION. It is unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of his or her having exercised or enjoyed, or on account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this subchapter."

Ark. Code Ann. § 16-123-108 (West)

116. Defendants engaged in an unlawful discriminatory practice by retaliating and otherwise discriminating against the Plaintiff because of Plaintiffs opposition to the unlawful employment practices of Plaintiff's employer.

## AS A FIFTH CAUSE OF ACTION FOR DISCRIMINATION UNDER STATE LAW

117. Plaintiffs repeat, reiterate, and reallege each and every allegation made in the above paragraphs of this Complaint as if more fully set forth herein at length.

118. Each of the Defendants engaged in an unlawful discriminatory practice in violation of the Arkansas Civil Rights Act of 1993 by aiding, abetting, inciting, compelling, and coercing the discriminatory conduct.

## AS A SIXTH CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

119. Plaintiffs repeat, reiterate, and reallege each and every allegation made in the above paragraphs of this Complaint as if more fully set forth herein at length.

120. Defendants engaged in extreme and outrageous conduct.

121. Defendants intended to cause, or disregarded a substantial probability of causing, severe emotional distress to Plaintiffs.

122. There exists a causal connection between the above conduct and said injuries.

123. As a result of said conduct Plaintiffs have suffered and presently suffer from severe emotional distress.

## INJURY AND DAMAGES

124. As a result of the acts and conduct complained of herein, Plaintiffs Warren and Wells have suffered and will continue to suffer the loss of a career and the loss of a salary, bonuses, benefits, and other compensation which such employment entails; all other Plaintiffs have suffered the loss of increased salary, bonuses, benefits, and other compensation from the past denial of being considered for promotions on the basis of race; and all Plaintiffs have also suffered future pecuniary losses, emotional pain, suffering, inconvenience, injury to their reputation, loss of enjoyment of life, and other nonpecuniary losses. All Plaintiffs have suffered loss of further experienced severe emotional and physical distress.

## JURY DEMAND

125. Plaintiffs demand a trial by jury.

WHEREFORE, Plaintiffs respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant–Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in harassment based upon race and from any other employment practice which discriminates on the basis of race.

B. Order Defendant–Employer to institute and carry out policies, practices, and programs which effectively prohibit racial harassment in the work place and which provide equal employment opportunities for African-Americans and which eradicate the effects of its unlawful employment practices.

C. Order Defendant–Employer to make the plaintiffs whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant–Employer to make the plaintiffs whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including medical expenses and any other out-of-pocket losses incurred, in amounts to be determined at trial.

E. Order Defendant–Employer to make the plaintiffs whole by providing compensation for past and future nonpecuniary losses resulting from the unlawful employment practices complained of above, including emotional pain, suffering,

depression, anxiety, loss of enjoyment of life, humiliation, and other psychological and physiological symptoms and conditions, in amounts to be determined at trial.

F. Order Defendant–Employer to pay the plaintiffs punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the plaintiffs attorney's fees and the costs of this action.

WHEREFORE, Plaintiffs respectfully request that this Court grant them all relief requested herein and for all other just and equitable relief.

Respectfully submitted,

Rod Warren, Eric Booker,
Bryant Wells, Dion Foster,
and John Manz, *Plaintiffs*

By: Jake Holmes

Jake Holmes (AR2020183)
Attorney for Plaintiffs
THOMPSON & HOLMES
319 N 2nd St
Blytheville, AR 72315
O:(870) 762-6900
F:(870) 762-2623
jake@thompsonholmes.com

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**FILED**
APR 8 - 2022
LESLIE MASON
CIRCUIT CLERK

## DISMISSAL AND NOTICE OF RIGHTS

To: **Roderick Warren**
**708 Kristina Reed**
**Hayti, MO 63851**

From: **Little Rock Area Office**
**820 Louisiana**
**Suite 200**
**Little Rock, AR 72201**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| **493-2021-01516** | **Matilda S. Louvring, Investigator** | **(501) 900-6142** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

[signature]

**William A. Cash, Jr.,**
**Area Office Director**

January 10, 2022
*(Date Issued)*

Enclosures(s)

cc: **Cary Farris**
**Attorney**
**Akerman LLP**
**1300 Post Oak Blvd., Suite 2500**
**Houston, TX 77056**

**EXHIBIT**
tabbies
**A**

FILED

APR 8 - 2022

LESLIE MASON
CIRCUIT CLERK

**Completion Date** 01-Dec-2012 — **14** Reviewers — Roderick B Warren — **Evaluated By** Donald R Wilson

Annual Review on 27-Oct-2012 - Sorted by Category

| Immediate Improvement is needed. | Improvement is needed. | Performance is acceptable. | Performance is very good, serves the desired purpose, complete and thorough. | Performance is outstanding, superior, and stands out. | N/A - If no interaction with Teammate on this subject | |
|---|---|---|---|---|---|---|
| | | | | | | **Safety** |
| | | | 7 | 7 | | Consistently demonstrates concern for a safe work Environment. |
| | | | 8 | 8 | | Maintains strict adherence to good safety procedures, practices and policies. |
| | | | | | | **Environmental** |
| | | | 10 | 4 | | Actions set an example for others to follow in concern for the environment. |
| | | | 11 | 3 | | Actively supports EMS programs and goals. |
| | | | | | | **Work Ethic** |
| | | | 11 | 3 | | Productive and results oriented, shows positive drive and strong work ethic. |
| | | 2 | 8 | 4 | | Energetic, demonstrates urgency for action, self motivated. |
| | | | | | | **Integrity** |
| | 1 | | 7 | 6 | | Ethical character, honest. |
| | 1 | 4 | 5 | 3 | 1 | Respects the dignity of all people. |
| | | | | | | **Initiative** |
| | | 1 | 9 | 4 | | Resourceful, takes appropriate action in the face of challenge. |
| | | 3 | 10 | 1 | | Self starter, usually quick to instigate, change, and take steps to improve things. |
| | | | | | | **Accountability** |
| | 1 | | 8 | 5 | | Accepts responsibility for personal status and answers for their actions and results. |
| | 1 | | 8 | 5 | | Refrains from blaming others for failures or disappointments. |
| | | 2 | 5 | 3 | 4 | No feelings of entitlement. |
| | | | | | | **Optimism** |
| | 1 | 3 | 8 | 2 | | Expects success and shows a positive attitude. |
| | | 1 | 11 | 2 | | Persistent, can do resilience to challenge and demanding work. |
| | | | | | | **Team Work** |
| | | 2 | 6 | 6 | | Works well in a team and other collective efforts. |
| | | 2 | 7 | 5 | | Comfortable and willing to attach their own needs for achievement to group results. |
| | | | | | | **People Skills** |
| | 1 | 2 | 10 | 1 | | Effective skills in dealing with people, mature and flexible. |
| | 1 | 1 | 10 | 2 | | Earns respect and acceptance among a wide range of others. |
| | | | | | | **Leadership** |
| | 1 | 2 | 10 | 1 | | Personality, conviction, and assertive presence result in leadership with others. |
| | 1 | 3 | 8 | 2 | | Sets direction for group efforts. |
| | 1 | 2 | 10 | 1 | | Able to influence others and show good judgment. |
| | | | | | | **Communication** |
| | | 1 | 10 | 3 | | Ability to convey ideas clearly. |
| | | 1 | 8 | 5 | | Good listening habits. |
| | | | | | | **Organization** |
| | | | 9 | 4 | 1 | Self discipline, keep their work areas neat and orderly. |
| | | 1 | 9 | 4 | | Shows clear logic in their thinking. |
| | | | | | | **Dependability** |
| | | | 5 | 9 | | Reliable habits regarding attendance. |
| | | | 8 | 6 | | Follows through on tasks, others know they can count on this person. |
| | | | | | | **Adaptability** |
| | 1 | 2 | 8 | 3 | | Open minded, able to adjust to change, embraces new company direction. |
| | 1 | 2 | 8 | 3 | | Willing to question themselves and learn new approaches and information. |
| 0 | 12 | 37 | 250 | 116 | 6 | **Overall Peer Review Rating: Performance is very good, serves the desired purpose, complete and thorough.** |

Comments on Safety

Follows procedures



EXHIBIT
B

Comments on Environmental

Cleans up and supports the EMS program

Positive Attributes

has a goodunderstandingofthebay great teammate that is very knowledgeable throughout the shipping bay good worker,honest, I can count on him . Rod is very knowledgable about the shipping bay. He fills in on other shifts and will help out when extra cleaning is needed. none reliable worker. SH Knows his job well, works alot of overtime helping others on vacation or when they are sick. Good operator on the wrapping machine. Helps keep the Bay clean and stocked. Rod covers a lot of over time. Always willing to help people out. Gets the job done safe and fast. works safe and very job knowlagable Rod is dependable, friendly, willing to work overtime Rod is an intelligent and very capable employee. There is not a piece of equipment out here he could not operate if he sets his mind to it. Rod needs to pursue his crane certification so that he can operate the crane in emergency situations to benefit the sustainability of the crew. A good team player,very energetic. knows his job

Areas for Development

everyonecanimprovesomewhere n/a its up to him . His teammates follow his lead, however, he just needs to make sure he is leading them in the right direction. Make sure he is setting the right example. Continue to focus on productivity. none NEEDS LEADERSHIP TRAINING. Sh Be a little more energetic at times. Be more of a leader in the bay to help motivate others. Rod has been a Nucor employee for a long time. Seems content where he is at so not sure cross training would benefit him but could help the department. should be more positive Continue to work safely. I haven't been on the crew long enough to comment on areas for development. Rod should cross-train in the areas of overhead crane and possibly the Loader's position. Learning the Loader's position would aid his overall understanding of the shipping operations. There is always room for new development. n/a

Development Plan

All of Rods team mates seem to enjoy working with him. He doesn't mind cleaning when we are slow and always helps out when others need help. Rod is real good about filling in on other shifts when someone takes vacation or is out for health reasons. He has alot of experience in the shipping department and uses good judgement when making decisions. I have seen Rod steadily improve over the last 2 years I have worked with him. Rod has the ability to do anything he sets him mind to do but seems content for now working at the coil handler position. Continue working safely and think about getting recertified for the shipping bay crane, take time to get more familiar with the old wrapping machine to help with it when we get behind at times.

Your signature below means that this peer review has been discussed with you.

Manager/Supervisor Signature__________________ Date __________

Employee Signature__________________ Date __________

**Completion Date** 28-Nov-2011 | **10** Reviewers | Roderick B Warren | **Evaluated By** Donald R Wilson

Annual Review on 27-Oct-2011 - Sorted by Category

| Immediate improvement is needed. | Improvement is needed. | Performance is acceptable. | Performance is very good, serves the desired purpose, complete and thorough. | Performance is outstanding, superior, and stands out. | N/A - If no interaction with Teammate on this subject | |
|---|---|---|---|---|---|---|
| | | | | | | **Safety** |
| | | | 6 | 4 | | Consistently demonstrates concern for a safe work Environment. |
| | | | 6 | 4 | | Maintains strict adherence to good safety procedures, practices and policies. |
| | | | | | | **Environmental** |
| | | | 8 | 2 | | Actions set an example for others to follow in concern for the environment. |
| | | 1 | 6 | 3 | | Actively supports EMS programs and goals. |
| | | | | | | **Work Ethic** |
| | | 2 | 5 | 3 | | Productive and results oriented, shows positive drive and strong work ethic. |
| | | 3 | 5 | 2 | | Energetic, demonstrates urgency for action, self motivated. |
| | | | | | | **Integrity** |
| | 1 | 1 | 6 | 2 | | Ethical character, honest. |
| | 2 | 2 | 5 | 1 | | Respects the dignity of all people. |
| | | | | | | **Initiative** |
| | | 3 | 5 | 2 | | Resourceful, takes appropriate action in the face of challenge. |
| | | 4 | 5 | 1 | | Self starter, usually quick to instigate, change, and take steps to improve things. |
| | | | | | | **Accountability** |
| | 1 | 1 | 4 | 4 | | Accepts responsibility for personal status and answers for their actions and results. |
| | 1 | 1 | 5 | 3 | | Refrains from blaming others for failures or disappointments. |
| 1 | 2 | | 3 | 1 | 3 | No feelings of entitlement. |
| | | | | | | **Optimism** |
| | 2 | 2 | 5 | 1 | | Expects success and shows a positive attitude. |
| | | 1 | 6 | 3 | | Persistent, can do resilience to challenge and demanding work. |
| | | | | | | **Team Work** |
| | | 2 | 7 | 1 | | Works well in a team and other collective efforts. |
| | | 2 | 8 | | | Comfortable and willing to attach their own needs for achievement to group results. |
| | | | | | | **People Skills** |
| | 2 | 1 | 7 | | | Effective skills in dealing with people, mature and flexible. |
| | 2 | | 7 | 1 | | Earns respect and acceptance among a wide range of others. |
| | | | | | | **Leadership** |
| | | 4 | 3 | 3 | | Personality, conviction, and assertive presence result in leadership with others. |
| | | 4 | 5 | 1 | | Sets direction for group efforts. |
| | 1 | 1 | 6 | 2 | | Able to influence others and show good judgment. |
| | | | | | | **Communication** |
| | | 1 | 6 | 3 | | Ability to convey ideas clearly. |
| | | 3 | 4 | 3 | | Good listening habits. |
| | | | | | | **Organization** |
| | | 1 | 6 | 3 | | Self discipline, keep their work areas neat and orderly. |
| | | 1 | 7 | 2 | | Shows clear logic in their thinking. |
| | | | | | | **Dependability** |
| | | | 6 | 4 | | Reliable habits regarding attendance. |
| | | 1 | 6 | 3 | | Follows through on tasks, others know they can count on this person. |
| | | | | | | **Adaptability** |
| | 1 | 4 | 5 | | | Open minded, able to adjust to change, embraces new company direction. |
| | 1 | 3 | 5 | 1 | | Willing to question themselves and learn new approaches and information. |
| 1 | 16 | 49 | 168 | 63 | 3 | **Overall Peer Review Rating: Performance is very good, serves the desired purpose, complete and thorough.** |

Comments on Safety

he is very safe

Comments on Work Ethic

very energetic, strong work ethic, But be more proactive when a coil is set, dont let coils build up.

Comments on Integrity

he is honest

Comments on Initiative

he works great in tough situations

Comments on Team Work

he needs to be more of a leader on the floor, all the guys look to him to set there speed for the day.

Comments on People Skills

he needs to be more flexible with people

Comments on Leadership

he is a leader on that crew for sure

Comments on Organization

he is very orderly

Comments on Dependability

i can count on rod all the time

Comments on Adaptability

he is not always open to new ideas

Positive Attributes

helps where needed,knows his job well. Been in shipping a long time and knows practically every job in the shipping bay knows his job,on time, willing to help others,works alot of overtime. . Rod is very dependable and is eager to fill in on other shifts when needed. He is doing much better at helping out in the bay. Works well with our crew. Great Person I like working with Rod, he is a leader and does set goals for the crew. Willing to work overtime when needed, gets along with everyone on the team, dependable very job knowlagable and safebj Rod is very talented and can do anything he sets his mind to. He has the ability to run the crane and the Taylor and could probably learn to run any piece of equipment we have.

Areas for Development

anyone can improve somewhere. Wear a radio and keep a good attitude no matter how hard it is. itsup to rod . Continue to work on motivation to help our crews productivity. none The crew follows Rods lead. He should prep the coil when it is set and not let a couple of coils build up. That puts the wrapper behind. Use his experience to lead others, take the initiative to better himself and take on more responsibility. be more willing to embrace changes bj Rod should get recertified on the crane in the bay and work on his self-perception some. Rod has a hard outer shell and his personality leads others to believe sometimes that he has a bad attitude. I believe this is only a misconception from others as he has shown great strides over the past year at accepting things and doing what needs to be done to accomplish the task at hand.

Development Plan

Rod is a very dependable person that works alot of extra days filling in for others. He has alot of experience in the shipping department and has alot of influence on the others that work around him. I have seen alot of improvement in the past couple of years as Rod seems more motivated and seems to enjoy his work more. Rod gets along with everyone and does his job well. Stay motivated and keep up the good attitude. Use your past experience in shipping to teach others. Try to be a leader in the shipping bay to keep other people motivated. Think about how you can help the crew or the department and take the initiative look for improvements. Think about recertifying in the crane or the Taylor to help fill in in these areas. Keep working safely and try to keep the others safe around you.

Your signature below means that this peer review has been discussed with you.

Manager/Supervisor Signature_______________ Date __________

Employee Signature_______________ Date __________

**Completion Date** 10-Dec-2010 | **10** Reviewers | Roderick B Warren | **Evaluated By** Donald R Wilson

Annual Review on 16-Nov-2010 - Sorted by Category

| | | | | | | |
|---|---|---|---|---|---|---|
| Immediate improvement is needed. | | | | | | |
| | Improvement is needed. | | | | | |
| | | Performance is acceptable. | | | | |
| | | | Performance is very good, serves the desired purpose, complete and thorough. | | | |
| | | | | Performance is outstanding, superior, and stands out. | | |
| | | | | | N/A - If no interaction with Teammate on this subject | |
| | | | | | | **Safety** |
| | | | 6 | 4 | | Consistently demonstrates concern for a safe work Environment. |
| | | | 5 | 5 | | Maintains strict adherence to good safety procedures, practices and policies. |
| | | | | | | **Environmental** |
| | | 1 | 5 | 3 | 1 | Actions set an example for others to follow in concern for the environment. |
| | | 1 | 4 | 4 | 1 | Actively supports EMS programs and goals. |
| | | | | | | **Work Ethic** |
| | | 1 | 7 | 2 | | Productive and results oriented, shows positive drive and strong work ethic. |
| | | 2 | 6 | 2 | | Energetic, demonstrates urgency for action, self motivated. |
| | | | | | | **Integrity** |
| | 1 | | 6 | 3 | | Ethical character, honest. |
| 1 | | 2 | 6 | 1 | | Respects the dignity of all people. |
| | | | | | | **Initiative** |
| | | 2 | 6 | 2 | | Resourceful, takes appropriate action in the face of challenge. |
| | | 2 | 5 | 2 | 1 | Self starter, usually quick to instigate, change, and take steps to improve things. |
| | | | | | | **Accountability** |
| | 1 | 1 | 5 | 3 | | Accepts responsibility for personal status and answers for their actions and results. |
| | 1 | 1 | 4 | 4 | | Refrains from blaming others for failures or disappointments. |
| | | 1 | 5 | 2 | 2 | No feelings of entitlement. |
| | | | | | | **Optimism** |
| 1 | | 1 | 6 | 2 | | Expects success and shows a positive attitude. |
| | | 2 | 7 | 1 | | Persistent, can do resilience to challenge and demanding work. |
| | | | | | | **Team Work** |
| | | 1 | 6 | 3 | | Works well in a team and other collective efforts. |
| | | 2 | 6 | 1 | 1 | Comfortable and willing to attach their own needs for achievement to group results. |
| | | | | | | **People Skills** |
| 1 | | 2 | 5 | 2 | | Effective skills in dealing with people, mature and flexible. |
| | 1 | 3 | 4 | 2 | | Earns respect and acceptance among a wide range of others. |
| | | | | | | **Leadership** |
| | 1 | 2 | 5 | 2 | | Personality, conviction, and assertive presence result in leadership with others. |
| | 1 | 1 | 6 | 2 | | Sets direction for group efforts. |
| | | 2 | 6 | 1 | 1 | Able to influence others and show good judgment. |
| | | | | | | **Communication** |
| | 1 | | 7 | 2 | | Ability to convey ideas clearly. |
| 1 | | | 7 | 2 | | Good listening habits. |
| | | | | | | **Organization** |
| | | | 8 | 2 | | Self discipline, keep their work areas neat and orderly. |
| | | 1 | 8 | 1 | | Shows clear logic in their thinking. |
| | | | | | | **Dependability** |
| | | 1 | 6 | 3 | | Reliable habits regarding attendance. |
| | | | 6 | 4 | | Follows through on tasks, others know they can count on this person. |
| | | | | | | **Adaptability** |
| | 1 | 2 | 4 | 3 | | Open minded, able to adjust to change, embraces new company direction. |
| | 1 | 1 | 7 | 1 | | Willing to question themselves and learn new approaches and information. |
| 4 | 9 | 36 | 174 | 71 | 7 | **Overall Peer Review Rating: Performance is very good, serves the desired purpose, complete and thorough.** |

**Positive Attributes**

does a good job good worker and can run the shipping bay crane and wrapper Rod is dependable and is willing to help out when he is needed to run other equipment. none Rod is a hard worker, and I would work with him anyday. honest and hard working. can teach alot of people how to be straight forward and open. sh Rod is a good worker, knows his job and does it quickly. Always willing to help cover shifts when needed. very job very well, works hard to get it done with a degree of safety has a lot of job knowledge which makes him an asset to the crew Always willing to show you the safer route to do the job.

Areas for Development

everyone can improve somewhere. Be positive and he can help in motivating others Attitude is improving but could get better. Try to take more initiative. none ? take more leadership classes. sh cross train in more areas. needs to show a better attitude and be more Nucor focused needs some encouragement There is always room for development.

Development Plan

Rod has the ability to do anything he sets his mind to doing. He is a intellegent person that has many years of experience with Nucor. He helps out in the Shipping Bay by filling in for others and is trained to do all the different positions we have in the Bay. He gets along with all of his co-workers. To improve as a Nucor employee he should realize that he plays an important roll in the outcome of the shipping Bay. He should continue to improve his attitude toward his job and remember everyone wants him to succeed. Focus on improving yourself to move into a position with more responsibility. Use your experience and knowledge to help motivate others so your team will be the most productive. Branch out from the Bay and learn new things from other departments or other positions.

Your signature below means that this peer review has been discussed with you.

Manager/Supervisor Signature__________________ Date ___________

Employee Signature__________________ Date ___________

**Completion Date** 24-Dec-2009 | 9 Reviewers | Roderick B Warren | **Evaluated By** James Chris Booker

Annual Review on 29-Nov-2009 - Sorted by Category

| Immediate Improvement is needed. | Improvement is needed. | Performance is acceptable. | Performance is very good, serves the desired purpose, complete and thorough. | Performance is outstanding, superior, and stands out. | N/A - If no interaction with Teammate on this subject | |
|---|---|---|---|---|---|---|
| | | | | | | **Safety** |
| | | | 6 | 3 | | Consistently demonstrates concern for a safe work Environment. |
| | | | 6 | 3 | | Maintains strict adherence to good safety procedures, practices and policies. |
| | | | | | | **Environmental** |
| | | | 7 | 2 | | Actions set an example for others to follow in concern for the environment. |
| | | | 7 | 1 | 1 | Actively supports EMS programs and goals. |
| | | | | | | **Work Ethic** |
| | | 1 | 7 | 1 | | Productive and results oriented, shows positive drive and strong work ethic. |
| | | 2 | 5 | 2 | | Energetic, demonstrates urgency for action, self motivated. |
| | | | | | | **Integrity** |
| | | | 8 | 1 | | Ethical character, honest. |
| | | 5 | 4 | | | Respects the dignity of all people. |
| | | | | | | **Initiative** |
| | | 1 | 7 | 1 | | Resourceful, takes appropriate action in the face of challenge. |
| | | 3 | 5 | 1 | | Self starter, usually quick to instigate, change, and take steps to improve things. |
| | | | | | | **Accountability** |
| | | 1 | 6 | 2 | | Accepts responsibility for personal status and answers for their actions and results. |
| | | 2 | 4 | 3 | | Refrains from blaming others for failures or disappointments. |
| | | 1 | 2 | 1 | 5 | No feelings of entitlement. |
| | | | | | | **Optimism** |
| | | 3 | 6 | | | Expects success and shows a positive attitude. |
| | | 1 | 7 | 1 | | Persistent, can do resilience to challenge and demanding work. |
| | | | | | | **Team Work** |
| | | 1 | 6 | 2 | | Works well in a team and other collective efforts. |
| | | 1 | 7 | 1 | | Comfortable and willing to attach their own needs for achievement to group results. |
| | | | | | | **People Skills** |
| | | 3 | 6 | | | Effective skills in dealing with people, mature and flexible. |
| | | 3 | 6 | | | Earns respect and acceptance among a wide range of others. |
| | | | | | | **Leadership** |
| | | 3 | 6 | | | Personality, conviction, and assertive presence result in leadership with others. |
| | | 2 | 5 | 1 | 1 | Sets direction for group efforts. |
| | | 3 | 5 | 1 | | Able to influence others and show good judgment. |
| | | | | | | **Communication** |
| | | 1 | 5 | 3 | | Ability to convey ideas clearly. |
| | | 1 | 5 | 3 | | Good listening habits. |
| | | | | | | **Organization** |
| | | 1 | 5 | 2 | 1 | Self discipline, keep their work areas neat and orderly. |
| | | | 7 | 1 | 1 | Shows clear logic in their thinking. |
| | | | | | | **Dependability** |
| | | | 6 | 3 | | Reliable habits regarding attendance. |
| | | 1 | 6 | 2 | | Follows through on tasks, others know they can count on this person. |
| | | | | | | **Adaptability** |
| | 1 | 4 | 3 | 1 | | Open minded, able to adjust to change, embraces new company direction. |
| | | 3 | 6 | | | Willing to question themselves and learn new approaches and information. |
| 0 | 1 | 47 | 171 | 42 | 9 | **Overall Peer Review Rating: Performance is very good, serves the desired purpose, complete and thorough.** |

Positive Attributes

Does his job well. Rod has tremendous knowledge of all aspects of the shipping bay. always willing to help has come a long way always helpers out at the rail Rod is a hard worker and will always help someone. He is fun to work with. Rod is dependable. Will do what is asked of him. none Rod is very knowledgeable of all aspects of shipping. He is a very good worker. Rod is a very capable person and has the ability to do almost anything he sets his mind to. His experience as a crane operator and knowledge of the shipping bay operations is an asset to the department. good worker

Areas for Development

everyone can improve somewhere. Rod needs to share that knowledge with others around him. not for me say Be able to accept change better. He needs to put more trust in the people around him. Rod needs to take more initiative and needs to be focused on productivity. none Rod could be a little more communicative. It would benefit Rod to increase his knowledge and ability towards people skills. Sometimes it's just a matter of changing how one is perceived by others and not necessarily changing the person. set more good examples.

Development Plan

Continue to make SAFETY and DOING WHAT IS RIGHT FOR NUCOR your #1 priority in all tasks. PCIP Goals: COMMITMENT / ALIGN WITH NUCOR, LISTEN / COMMUNICATE and PASSION. Possesses a vast knowledge of this facility. Experience is something that cannot be taught but it must be passed on to ensure the future of this facility. Make sure you are doing that for the future on this department. Develop a attitude where you will be more approachable by other and develop relationships where your knowledge can be passed on more freely. Keep an open mind when new issues arise. ALWAYS ensure that you are LISTENING to all the facts or ideas before you make you decision or develop an opinion of something. As someone who has worked at this division since start up you have seen a lot of changes within NUCOR make sure you are adapting and aligning yourself with them. Challenge yourself and your peers to gain more experience outside your work area and to set and achieve new goals. This will help to develop our teammate and make our department stronger.

Your signature below means that this peer review has been discussed with you.

Manager/Supervisor Signature___________________ Date ___________

Employee Signature___________________ Date ___________

**Completion Date** 03-Jan-2009

7 Reviewers

Roderick B Warren

**Evaluated By** Brian Alan Smithart

Annual Review on 25-Nov-2008 - Sorted by Category

| Immediate Improvement is needed | Improvement is needed. | Performance is acceptable | Performance is very good, serves the desired purpose, complete and thorough. | Performance is outstanding, superior, and stands out. | N/A - If no interaction with Teammate on this subject | |
|---|---|---|---|---|---|---|
| | | | | | | **Safety** |
| | | | 4 | 2 | 1 | Consistently demonstrates concern for a safe work Environment. |
| | | | 3 | 3 | 1 | Maintains strict adherence to good safety procedures, practices and policies. |
| | | | | | | **Environmental** |
| | | | 4 | 2 | 1 | Actions set an example for others to follow in concern for the environment. |
| | | | 5 | 1 | 1 | Actively supports EMS programs and goals. |
| | | | | | | **Work Ethic** |
| | | 4 | 3 | | | Productive and results oriented, shows positive drive and strong work ethic. |
| | | 4 | 2 | 1 | | Energetic, demonstrates urgency for action, self motivated. |
| | | | | | | **Integrity** |
| | | | 4 | 3 | | Ethical character, honest. |
| | | 2 | 4 | 1 | | Respects the dignity of all people. |
| | | | | | | **Initiative** |
| | | 1 | 5 | 1 | | Resourceful, takes appropriate action in the face of challenge. |
| | | 5 | | 2 | | Self starter, usually quick to instigate, change, and take steps to improve things. |
| | | | | | | **Accountability** |
| | | 2 | 4 | 1 | | Accepts responsibility for personal status and answers for their actions and results. |
| | | 1 | 6 | | | Refrains from blaming others for failures or disappointments. |
| | | | 4 | | 3 | No feelings of entitlement. |
| | | | | | | **Optimism** |
| | | 5 | 2 | | | Expects success and shows a positive attitude. |
| | | | 6 | 1 | | Persistent, can do resilience to challenge and demanding work. |
| | | | | | | **Team Work** |
| | | 2 | 5 | | | Works well in a team and other collective efforts. |
| | | 2 | 5 | | | Comfortable and willing to attach their own needs for achievement to group results. |
| | | | | | | **People Skills** |
| | | 2 | 4 | 1 | | Effective skills in dealing with people, mature and flexible. |
| | | 2 | 4 | 1 | | Earns respect and acceptance among a wide range of others. |
| | | | | | | **Leadership** |
| | | 3 | 3 | 1 | | Personality, conviction, and assertive presence result in leadership with others. |
| | | 2 | 4 | 1 | | Sets direction for group efforts. |
| | | 1 | 5 | 1 | | Able to influence others and show good judgment. |
| | | | | | | **Communication** |
| | | 1 | 6 | | | Ability to convey ideas clearly. |
| | | 1 | 5 | 1 | | Good listening habits. |
| | | | | | | **Organization** |
| | | 1 | 6 | | | Self discipline, keep their work areas neat and orderly. |
| | | | 6 | 1 | | Shows clear logic in their thinking. |
| | | | | | | **Dependability** |
| | | 1 | 4 | 2 | | Reliable habits regarding attendance. |
| | | 1 | 6 | | | Follows through on tasks, others know they can count on this person. |
| | | | | | | **Adaptability** |
| | | 3 | 3 | 1 | | Open minded, able to adjust to change, embraces new company direction. |
| | | 3 | 3 | 1 | | Willing to question themselves and learn new approaches and information. |
| 0 | 0 | 49 | 125 | 29 | 7 | **Overall Peer Review Rating: Performance is very good, serves the desired purpose, complete and thorough.** |

Comments on Safety

| |
|---|
| rod is a good safety worker and he keeps a lookout for his coworkers |

Positive Attributes

| |
|---|
| a good worker. Is able to master any task put in front of him. serious about safety / at work every day /keeps himself and coworkers safety /honest Rod is knowledgeable about all areas of the bay. He is dependable and will fill in whenever needed.* Rod can be depended on to work when needed. He can do all tasks in the shipping bay. Rod is a very capable person with many talents; he is showing great strides in his overall attitude and is doing well in his current position. |

Areas for Development

| |
|---|
| everybody has. needs to share more of his unique knowledge about the bay and its operations with other. fine ways to be more positive does he have a plan for the long run Needs a more positive attitude.*. Rod should take a course in people skills which would help him tremendously in improving his skill at dealing with people. The main thing I think he needs to work on is how he is perceived by his coworkers. I think he is misunderstood by many and learning how to come across differently to people he works with would be beneficial to him and the people he works with. |

Development Plan

| |
|---|
| Rod has agreed to focus on the following: Expecting success and showing a positive attitude. Being productive and result oriented along with showing positive drive and strong work ethics the whole time he is here. He will challange himself to be energetic, demonstrating urgency for action, and being a self motivated/Self starter. Rod will continue to work on his people skills. He can do this by taking any number of classes that Nucor offers. He can also do this by making a effort to talk will people that he normally does not talk with or share his knowledge with someone else to make the team stronger. ( simply make the effort) Be aware of how you are perceived by others and adjust accordingly. Being more approachable will go along way in getting the ball rolling. Perception can be reality, good or bad. |

Your signature below means that this peer review has been discussed with you.

Manager/Supervisor Signature________________ Date __________

Employee Signature________________ Date __________

Peer Reviews



**Completion Date** 20-Mar-2007 | 6 Reviewers | Roderick B Warren | **Evaluated By** Bernard Joe Stark Jr

Annual Review on 11-Feb-2007 - Sorted by Category

| Immediate Improvement is needed. | Improvement is needed. | Performance is acceptable. | Performance is very good, serves the desired purpose, complete and thorough. | Performance is outstanding, superior, and stands out. | N/A - If no interaction with Teammate on this subject | | |
|---|---|---|---|---|---|---|---|
| | | | | | | **Safety** | **Overall Rating:Performance is outstanding, superior, and stands out.** |
| | | | 2 | 3 | 1 | Initiates "innovative" safety related improvements. | |
| | | | 1 | 5 | | Wears proper PPE. | |
| | | 1 | 1 | 3 | 1 | Actively encourages others to follow all safety procedures. | |
| | | 1 | 2 | 3 | | Sets example for all team members. | |
| | | | 2 | 4 | | Avoids safety incidents or accidents. | |
| | | | 3 | 3 | | Follows all safety procedures/Job Safety Standards. | |
| | | 1 | 2 | 3 | | Demonstrates concern for personal safety and that of others. | |
| | | | 3 | 2 | 1 | Corrects and reports hazards, unsafe acts and unsafe conditions. | |
| | | | 3 | 2 | 1 | Corrects unsafe conditions, even if it slows production. | |
| | | | | | | **Environmental Stewardship** | **Overall Rating:Performance is very good, serves the desired purpose, complete and thorough.** |
| | | | 4 | 1 | 1 | Actions set an example for others to follow in concern for the environment. | |
| | | 1 | 3 | 1 | 1 | Actively supports EMS programs and goals. | |
| | | 1 | 2 | 1 | 2 | Encourages others to properly handle waste materials. | |
| | | 1 | 1 | | 4 | Uses the MOC review process during project planning or purchasing new products. | |
| | | 2 | 2 | 1 | 1 | Willing to stop and clean up spills, even if they did not cause the spill. | |
| | | 2 | 2 | | 2 | Actively seeks ways to reduce wastes and/or use less raw materials. | |
| | | | | | | **Leadership** | **Overall Rating:Performance is very good, serves the desired purpose, complete and thorough.** |
| | | 1 | 3 | 1 | 1 | Sets an example of personal performance and integrity which encourages excellence. | |
| | | 1 | 2 | 1 | 2 | Builds support and enthusiasm for the accomplishment of stated goals. | |
| | | 2 | 1 | 1 | 2 | Solicits the input of group members and encourages their participation. | |
| | | 1 | 4 | | 1 | Creates environment where others give their best performance. | |
| | | | 3 | 1 | 2 | Initiates preventive procedures & corrective actions promptly. | |
| | | | 2 | 2 | 2 | Encourages others to conform to quality standards. | |
| | | 1 | 3 | 1 | 1 | Shows consistency between words and actions. | |
| | | 1 | 3 | 2 | | Helpful, stops and helps someone else do something, even though it is not required. | |
| | | 1 | 3 | 1 | 1 | Willing and able to provide both positive and negative feedback. | |
| | | | | | | **Organizational Skills** | **Overall Rating:Performance is very good, serves the desired purpose, complete and thorough.** |
| | | | 3 | 3 | | Works toward the accurate completion of tasks within expected time frames. | |
| | | | 4 | | 2 | Makes plans and schedules that are clear, realistic and thorough. | |
| | | 1 | 1 | 2 | 2 | Anticipates problem areas and develops ways to avoid or deal with them. | |
| | | | 3 | 1 | 2 | Coordinates resource requirements within department and with other departments. | |
| | | | 2 | 2 | 2 | Organizes written work in a manner that is clear and easy to follow. | |
| | | | 1 | 5 | | Dependable, on time, good attendance. | |
| | | | 3 | 3 | | Keeps area clean, organized and well maintained. | |
| | | | 4 | 1 | 1 | Good environmental steward. | |
| | | | 4 | 1 | 1 | Works with maintenance to help maintain equipment. | |
| | | 2 | 1 | 2 | 1 | Follow Up to Questions | |
| | | | | | | **Listening & Communication Skills** | **Overall Rating:Performance is very good, serves the desired purpose, complete and thorough.** |
| | | | 1 | 4 | 1 | Presents oneself clearly and articulately when speaking with an individual or before a group. | |
| | | 1 | 2 | 1 | 2 | Takes a stand and resolves important issues. | |
| | | | 3 | 1 | 2 | Thinks through ideas for presentation in advance and delivers information in logical flow. | |
| | | 1 | 3 | | 2 | Encourages open expression of ideas and opinions, listens willingly to others. | |
| | | | 4 | 1 | 1 | Spends time with employees in the plant and/or other areas, to foster communication. | |
| | | | 3 | 1 | 2 | Listens to opinion of others when discussing ideas. | |
| | | 1 | 2 | 1 | 2 | Accepts constructive criticism. | |
| 1 | | 1 | 2 | 1 | 1 | Listens to people without interrupting. | |
| | | 1 | 3 | | 2 | Resolves conflicts with others in a constructive fashion | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Attitude/Work Ethic | Overall Rating:Performance is very good, serves the desired purpose, complete and thorough. |
| | | | 3 | 3 | | Works beyond the minimum job requirements and does whatever is necessary to get the job done. | |
| | | | 5 | 1 | | Takes personal ownership in Nucor's success. | |
| | | 1 | 2 | 3 | | Willing and eager to seek out and/or accept increased responsibilities. | |
| | | | 2 | 4 | | Requires minimum supervision, self-directed and self-motivated. | |
| | | 1 | 2 | 1 | 2 | Willing to take an unpopular stand, if perceived as being right for the business. | |
| | | 1 | 2 | 1 | 2 | Works to remove barriers that get in the way of giving superior quality and service. | |
| | | | 4 | | 2 | Looks for ways to continuously improve product or work output. | |
| | | 1 | 2 | 2 | 1 | Sets and maintains high standards for self and others in exceeding expectations. | |
| | | | 4 | 2 | | Pride in employment at Nucor, continuously evident through job performance | |
| | | 1 | 2 | 3 | | Positive attitude, in a good mood and pleasant to be around. | |
| | | | | | | Treatment of Team Members | Overall Rating:Performance is very good, serves the desired purpose, complete and thorough. |
| | | 1 | 3 | 1 | 1 | Develops and maintains positive working relationship with fellow employees. | |
| | | 1 | 3 | 2 | | Treats people fairly, and with dignity and respect. | |
| | | | 3 | 1 | 2 | Confronts problems and works toward best solutions rather than finding blame. | |
| | | 1 | 3 | 1 | 1 | Highly cooperative; does not interrupt others. | |
| | | | 2 | 4 | | Highly active in team efforts. | |
| | | 1 | 1 | 3 | 1 | Willingly and effectively interacts with others. | |
| | | 1 | 3 | | 2 | Gives credit and recognition to others who have contributed. | |
| | | 2 | 1 | 1 | 2 | Offers constructive feedback without offending others. | |
| | | | 4 | | 2 | Protects confidential information and does not spread rumors. | |
| | | 1 | 3 | | 2 | Is truthful and direct. | |
| | | | | | | Accepts Suggestions | Overall Rating:Performance is very good, serves the desired purpose, complete and thorough. |
| | | | 2 | 2 | 2 | Encourages others to follow policies and procedures and to meet requirements. | |
| | | 1 | 2 | 2 | 1 | Makes extra effort to gain knowledge outside of immediate work assignment. | |
| | | | 3 | 2 | 1 | Supports innovative ideas; is flexible, open to change. | |
| | | 1 | 4 | 1 | | Responds positively towards plant policies and procedures. | |
| | | | 1 | 5 | | Does not require detailed, step-by-step instructions and regular follow-up. | |
| | | | 2 | 1 | 3 | Considers cost and efficiency when making decisions establishing or changing work procedures. | |
| | | | 3 | 1 | 2 | Understands operating costs associated with the business and makes decisions based upon "what's best" for Nucor. | |
| | | | 3 | 2 | 1 | Conscientiously applies him/herself to assigned tasks. | |
| | | | 4 | 1 | 1 | Learns from experience, seeks feedback and knows own strengths/weaknesses | |
| | | 1 | 3 | 1 | 1 | Actively supports organization change efforts | |
| | | | | | | Team Player | Overall Rating:Performance is very good, serves the desired purpose, complete and thorough. |
| | | 1 | 1 | 2 | 2 | Seeks the input of group members and encourages their participation. | |
| | | | 3 | 1 | 2 | Integrates team goals with personal goals. | |
| | | | 3 | 2 | 1 | Identifies and pushes for solutions in which all parties can benefit (win-win situation). | |
| | | | 4 | 1 | 1 | Participates willingly toward accomplishing team goals, doing his/her share of the work. | |
| | | 1 | 2 | 2 | 1 | Promotes team harmony and the team concept. | |
| | | 1 | 2 | 2 | 1 | Sets a good example for others. | |
| | | | 2 | 4 | | Participates in team efforts. | |
| | | | 2 | 4 | | Pulls his or her share of the load. | |
| | | | | 6 | | Willing to accept overtime, if and when needed. | |
| | | | 4 | | 2 | Accountable for shifts results, takes responsibility for results, not blaming others for poor performance. | |
| | | | | | | Productivity | Overall Rating:Performance is very good, serves the desired purpose, complete and thorough. |
| | | | 2 | 4 | | Learns quickly and accepts change and adversity as a challenge. | |
| | | | 4 | 2 | | Shows concern for quality, customer needs, requirements, & performance goals. | |
| | | 1 | 2 | 1 | 2 | Innovates new and improved methods. | |
| | | 1 | 1 | 2 | 2 | Expresses ways to save money (costs) | |
| | | 1 | 3 | | 2 | Handles pressure and adversity well. | |
| | | | 2 | 4 | | Understands all requirements of the job, and does it right the first time. | |
| | | | 4 | 1 | 1 | Spends extra time at shift change to communicate. | |
| | | | 4 | 1 | 1 | Can do attitude, maintains composure and has the mindset that the problem can be solved. | |
| | | | 2 | 2 | 2 | Works in such a way that the area they work in operates with the least expense possible. | |
| | | | 4 | 2 | | Tries to make the highest quality product possible. | |
| | | | | | | Problem Solving - Technical | Overall Rating:Performance is very good, serves the desired purpose, complete and thorough. |
| | | 1 | 1 | 2 | 2 | Analyzes situations logically to identify causes and draw solid conclusions. | |
| | | 1 | 3 | | 2 | Makes thoughtful decisions under conditions of uncertainty, does not "shoot from the hip." | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 2 | 1 | Addresses issues in a prompt and decisive manner. |
| | | | 2 | 3 | 1 | Seeks team involvement where appropriate to develop consensus. |
| | | | 3 | 2 | 1 | Understands technical/professional aspects of own job, and how they relate to operations. |
| | | 1 | 2 | 2 | 1 | Makes self available to others to help solve procedural problems or issues. |
| | | | 3 | 2 | 1 | Applies appropriate technical/professional expertise or information in relevant situations. |
| | | 1 | 2 | 2 | 1 | Earns respect and credibility through display of strong technical/professional foundation. |
| | | 1 | 3 | 1 | 1 | Seeks out root causes and eliminates them promptly. |
| | | 1 | 2 | 2 | 1 | Offers suggestions to improve quality. |
| | | 1 | 2 | 3 | | Absolute dedication to continuous improvement in his or her department. |
| **Overall Peer Review Rating: Performance is very good, serves the desired purpose, complete and thorough.** | | | | | | |

Positive Attributes

n/aRod is a pleasure to work with and be around. Always willing to help fill in for vacation and trade days.naAvoids safety incidents or accidents. Wears proper PPE. Dependable, on time, good attendance..good people

Areas for Development

n/a.naBe more helpful when loading BN's. Treat coworkers fairly, and with dignity and respect. Try to maintain a positive attitude. Set a better example for others..n/a

Development Plan

work toward development to move up to next level

Your signature below means that this peer review has been discussed with you.

Manager/Supervisor Signature__________________ Date ___________

Employee Signature__________________ Date ___________

FILED
APR 8 - 2022
LESLIE MASON
CIRCUIT CLERK



EXHIBIT
C

EXHIBIT
D

[signature] 10-28-2021

Greg Starnes + I was at his house for a 4th of July gathering and we were all talking. Somehow the situation got brought up and soon as I mentioned Rod Warren name, Greg mentioned how he didn't like Rod.

FILED
APR 8 - 2022
LESLIE MASON
CIRCUIT CLERK

NUCOR®

**NUCOR STEEL ARKANSAS**
PO Box 30
Armorel, AR 72310
870.762.2100

FILED
APR 8 - 2022
LESLIE MASON
CIRCUIT CLERK

July 21, 2021

To: Rod Warren

From: Lou Incrocci

Subject: Immediate Corrective Actions / Expectations

As a Nucor Teammate you are expected to use good judgment and conduct yourself in a professional, mature, and respectful manner at all times. You are expected to interact with management and your peers in a positive, productive, and appropriate manner. You are expected to comply with our Company Safety Policies and Work Rules and act with integrity at all times.

Disrespectful and abrasive behavior has very negative effects in the workplace. Agitated, threatening, and aggressive behavior has the potential to destroy individual well-being as well as organizational effectiveness. Being disrespectful to others and undermining Nucor's values can significantly diminish teammate morale. This behavior is not acceptable for any Nucor Teammate.

Examples of your recent disrespectful, abrasive, and threatening behavior are listed below. In the past, you have exhibited negativity, anger, extreme agitation, and an anti-Nucor attitude that has harmed workplace morale. Irrespective of your position in the company, behaviors such as (but not limited to) those listed below will not be tolerated going forward.

- Conduct, comment or display of behavior that would embarrass, demean, or undermine a supervisor, teammate, supplier, or customer
- Threats (veiled or overt), intimidation, aggression, coercion, or bullying others
- Offensive or inappropriate remarks or gestures
- Rude, vulgar, or condescending remarks, including sarcasm
- Verbal abuse including yelling, insults, profanity, and name-calling
- Deception
- Retaliation

This document outlines ***Immediate and ongoing*** corrective actions and clear expectations on behavior changes that are needed in order for you to continue employment with Nucor. ***These expectations clearly state that any further demonstration of the prohibited behaviors outlined above, failure to meet Nucor expectations, or any violation of our Safety Policies or Work Rules will result in termination of your employment with Nucor. This document does not change the at-will nature of your employment with Nucor.***

[signature]
Acknowledged & Received by Rod Warren



EXHIBIT
E

NUCOR®

**NUCOR STEEL ARKANSAS**

Customer Focused, Quality Driven, Environmentally Responsible

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION.
Its use is restricted to employees with a need to know and third parties with a need to know and who have signed a non-disclosure agreement.

# Notice of Consultation

Document Number: FRM-045-GEN Revision: 6/21/2019

**Name of Teammate: Rod Warren**

**Job Title: Coil Handler**

**Supervisor: Neal Redmon**

**Date of Infraction: July 9, 2021**

**Type of Disciplinary Action:**
[ ] First Step Warning [ ] Second Step Warning

[X] Third Step Warning [ ] Termination

**Reason(s) for Disciplinary Action:**
[ ] Attendance [ ] Work Performance [X] Safety [X] Policies
[X] Conduct
[ ] Other (explain) ____________________

**Specific Details of Infraction:**

On July 9, 2021, Rod was interviewed by Keith Williams, Cold Mill Manager, Kellie Crain, Human Resources Supervisor, and Dave Reinhart, Controller, in connection with an investigation into a teammate's complaint that Rod used inappropriate language in the workplace. A teammate reported that Rod asked another, newer African American teammate if he was a "N---r" in front of a group of teammates, which shocked the newer African American teammate.

Rod appeared agitated when he arrived at the interview and became irate after he was confronted with the allegation against him. Although Rod initially denied knowing the newer teammate, he eventually acknowledged that he knew him and stated that he had spoken with the newer teammate about being a "man of character." Rod denied using the term "N---r" with the newer teammate. Rod then made several inappropriate, threatening, and concerning statements, including but not limited to that he was "madder than a mother f---r," "one pissed off mother f----r," that his "sons and brothers are going to be pissed off," "better hope I do not see [newer teammate]," "I can't keep my s--t together," "I do not need to be around [newer teammate] right now." Rod also exhibited concerning physical behavior during the interview, including but not limited to gripping the table with his hands in an aggressive manner, leaning toward the interviewers in an intentionally menacing and intimidating fashion, and raising his voice. Additionally, when Rod was notified that he was suspended with pay pending the outcome of the investigation into the complaint against him, he responded by stating, "How do you think this is going to go?" Based on the tone of his voice and context of the conversation, the interviewers understood Rod's statement to be a threat of potential violence. When combined with prior allegations of threatening behavior by Rod, other statements he made during the interview, his tone of voice during the interview, and the physical intimidation during the interview, this final comment caused the interviewers to become concerned for their personal safety. Rod was then escorted from the premises by sheriff deputies.

In the past, Rod has exhibited negativity, anger, and an anti-Nucor attitude that has harmed workplace morale. Rod's negative attitude and threatening, intimidating, and aggressive behavior will not be tolerated moving forward.

**Description of Corrective Action:**

In addition to receiving this third step warning, Rod is required to sign a last chance agreement, outlining the terms and conditions of his continued at-will employment with Nucor. Rod must show immediate and sustained

improvement related to his behavior in order for him to continue his at-will employment with Nucor. The following conduct will not be tolerated, and it is Rod's responsibility to ensure that he does not engage in any of these prohibited behaviors:

- Conduct, comment or display of behavior that would embarrass, demean, or undermine a supervisor, teammate, supplier, or customer
- Threats (veiled or overt), intimidation, aggression, coercion, or bullying others
- Offensive or inappropriate remarks or gestures
- Rude, vulgar, or condescending remarks, including sarcasm
- Verbal abuse including yelling, insults, profanity, and name-calling
- Deception

In addition, Rod must abide by all of Nucor's other Safety Policies and Work Rules. Any future failures to comply with the terms of his last chance agreement, meet Nucor's expectations, or abide by Nucor's other policies, procedures, or practices will subject Rod to immediate termination of employment. It is imperative that Rod understands that his job is in extreme danger.

Finally, it is required] that Rod utilize Nucor's Employee Assistance Program ("EAP") to seek counseling related to anger management. During the July 9, 2021 interview, Rod described himself as extremely angry and unable to control himself. Accordingly, Nucor requires Rod's participation in either anger management counseling or an anger management class as a condition of his continued at-will employment with Nucor. Rod must schedule and attend his first EAP session by August 13th. Rod must attend the number of counseling sessions or classes recommended by EAP and his attendance at these sessions will be tracked and reported to Nucor.

**Prior Consultation to Teammate:**

| | | |
|---|---|---|
| **11-12-2012** | **First Step Warning** | **Tardiness** |
| **3-9-2010** | **Third Step Warning** | **Conduct (Violation of Anti-Harassment Policy)** |
| **11-17-2009** | **Counseling** | **Attendance** |
| **7-20-2009** | **Verbal Warning** | **Attendance** |
| **10-31-2008** | **Third Step Warning** | **Rules Violation (Dishonesty and Falsification of Documents)** |
| **9-20-2008** | **Verbal Warning** | **Attitude (Negativity, Anger, and Anti-Nucor Attitude)** |
| **11-4-2007** | **Counseling** | **Attendance** |
| **9-14-2007** | **Counseling** | **Conduct (Unprofessional Communication)** |
| **6-15-2007** | **Counseling** | **Attendance** |

*This "Notice of Consultation" will become part of your Personnel File. Your signature means that the reason for this consultation has been discussed with you. You may use the complaint procedure if you wish further discussion on this matter.*

**Signature of Teammate**____________________ **Date**________

**Signature of Supervisor** Neal Redmon (not present) **Date** 7/21/21

**Signature of Dept. Manager** [signature] **Date** 7/21/21

Rod refused to sign. wants more investigation work done on the alleged attendance issues

[signature] 7/21/21

FILED
APR 8 - 2022
LESLIE MASON
CIRCUIT CLERK



Duncan Jones on TikTok

EXHIBIT
F

7:50 96%

Facebook
m.facebook.com

**Gage Owen**

Welp finally went out and got us a new sxs.
Lucas approved of it as well!




Dylan Brooks and 55 others

56 10

**The Candy Shop**
Angel Serrano