IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROD WARREN,** *et al.*                                                                    **PLAINTIFFS**

**v.**                          **CASE NO. 3:22-CV-00130-BSM**

**NUCOR CORPORATION**                                                                **DEFENDANT**

## ORDER

Nucor Corporation's motion to dismiss [Doc. No. 16] is denied because plaintiffs have sufficiently alleged their claims. Plaintiffs' claims that Nucor aided and abetted racially discriminatory conduct are dismissed because plaintiffs have abandoned them. Pls.' Br. Resp. to Def.'s Mot. to Dismiss at 7, Doc. No. 18.

Federal Rule of Civil Procedure 12(b)(6) permits dismissal when a plaintiff fails to allege sufficient facts that would entitle the plaintiff to the relief sought. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Plaintiffs, however, are not required to make out a *prima facie* case at the pleading stage, because that is an evidentiary requirement. *Blomker v. Jewell*, 831 F.3d 1051, 1056 (8th Cir. 2016). Plaintiffs have met this low burden. *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *Iqbal*, 556 U.S. at 680 (Plaintiffs need only nudge their claims across the line from conceivable to plausible).

Plaintiffs are suing under the Arkansas Civil Rights Act of 1993 ("ACRA") claiming Nucor maintained a racially hostile work environment and unlawfully retaliated against them.

Rod Warren alleges that during the twenty-eight years that he worked at Nucor, he was subjected to racial slurs, racist jokes, and racially disproportionate policy enforcement.

Am. Compl. ¶¶ 13, 15. He also alleges a Nucor supervisor fabricated a story that he called another employee a nigger, causing him to be suspended. *Id.* ¶¶ 24, 28, 30. Warren alleges he was ultimately fired for being outspoken about racial equity at Nucor. *Id.* ¶¶ 25, 77.

Dion Foster alleges that he was the person Warren purportedly called nigger. *Id.* ¶¶ 28, 54. Foster alleges that he told management the story was not true and that he was denied a sick day request because he did not go along with the story. *Id.* ¶¶ 31–34, 54–55. Although it is somewhat murky, it appears that Foster is alleging that Nucor's workplace absence and shift coverage policy was more strictly applied to him either because he is black or because he failed to confirm that Warren called him a nigger. *Id.* ¶ 60.

Eric Booker alleges his former supervisor called himself a slave driver and made whip cracking motions behind Booker's back. *Id.* ¶ 40. Booker alleges that, although the supervisor was terminated for this behavior, Booker was written up four times for tardiness in retaliation for the supervisor's firing. *Id.* ¶¶ 41-42.

Bryant Wells alleges that he was interviewed for a promotion at Nucor, even though Nucor had already made its decision about who it was going to hire. *Id.* ¶¶ 63-65. Wells alleges that he was terminated for violating Nucor's social media policies, and that those policies were more strictly applied to him than to his white coworkers. *Id.* ¶¶ 68–72, 74, 77.

As provided above, these allegations are sufficient to overcome dismissal.

IT IS SO ORDERED this 23rd day of January, 2023.

UNITED STATES DISTRICT JUDGE