IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROD WARREN, ERIC BOOKER,**                                           **PLAINTIFFS**
**BRYANT WELLS, and DION FOSTER**

v.                 **CASE NO: 3:22-CV-00130-BSM**

**NUCOR CORPORATION,** *et al.*                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of December, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE