IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROD WARREN, ERIC BOOKER,**  **PLAINTIFFS**
**BRYANT WELLS, and DION FOSTER**

v.          CASE NO: 3:22-CV-00130-BSM

**NUCOR CORPORATION,** *et al.*          **DEFENDANTS**

### ORDER

Nucor Corporation's motion for costs [Doc. No. 46] is granted in part and denied in part. Plaintiffs are taxed $13,052 in costs. Federal Rule of Civil Procedure 54 grants district courts "broad discretion" over the award of costs to prevailing parties. *Little Rock Cardiology Clinic PA v. Baptist Health*, 591 F.3d 591, 601 (8th Cir. 2009). Nucor is a prevailing party and submitted a bill of costs for $17,313 in filing, copy, and deposition fees. Doc. No. 46. Plaintiffs object to $4,261 of this amount attributed to "video services." Doc. No. 47. As plaintiffs point out, Nucor's supporting documentation itemizes "video services" separately from charges for deposition transcripts, and Nucor did not produce or cite to any evidence from videos of the depositions during the litigation. *Id.* These items were not necessary and $4,261 is therefore deducted from the award of costs. The remaining $13,052 is taxed to plaintiff. *See* 28 U.S.C. § 1920.

IT IS SO ORDERED this 17th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE